IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GALANTO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TERESA MURPHY, et al.,<br><br>  Defendants. | Case No. 23-cv-03809-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' AMENDED COUNTERCLAIMS AND TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

Before the Court is plaintiffs' "Motion to Dismiss Defendants' Amended Counterclaims and Strike Defendants' Affirmative Defenses," filed January 16, 2024. Defendants have filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for February 23, 2024.

**IT IS SO ORDERED.**

Dated: February 16, 2024

MAXINE M. CHESNEY
United States District Judge